# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO.  2022 CW 0763

**SEPTEMBER 2, 2022**

---

In Re:    Gulf Island Shipyards, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-14866.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY LIFTED, WRIT GRANTED WITH ORDER.** The expert whose testimony is at issue in this matter, John Ockerman, was designated by relator, Gulf Island Shipyards, LLC as a testifying witness on or about June 15, 2022. It does not appear that the trial court considered this designation prior to its ruling.  In light of this development, this court vacates the trial court's July 7, 2022 order that ordered Gulf Island Shipyards, LLC to produce all but one of the "Ockerman documents" and remands with instructions to the trial court to conduct an *in camera* review of the documents in light of this new designation to determine which documents, if any, are discoverable pursuant to La. Code Civ. P. art. 1425(B).

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

a.SnD

DEPUTY CLERK OF COURT
FOR THE COURT